UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00187-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN T.C. WARING,

    Defendant.

## ORDER

    A Notice of Disposition was filed in the above matter on **Tuesday, September 6, 2011**. A Change of Plea hearing is set for **Thursday, September 8, 2011, at 2:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 6, 2011.